BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re: EQUIFAX, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION                              MDL Docket No. 2800

**Cases in Which S. Stewart Haskins, II of King & Spalding LLP
Represents Defendants at the Hearing Session Scheduled for November 30, 2017[1]**

| Number | Caption | Civil Action Number | District Court |
|---|---|---|---|
| 1 | *Nikolaos C. Pantaze v. Equifax Information Services, LLC* | 2:17-cv-01530 | Northern District of Alabama (Southern Division) |
| 2 | *Paul Ostoya and Samuel Stephenson v. Equifax Inc.* | 2:17-cv-01550 | Northern District of Alabama (Southern Division) |
| 3 | *Darryl W. Walker, Robin L. Taylor, Jennifer A. Meachum, Dale F. Stewart, II, Jenny Storch, Karen Basewell, and Alexis Budinas Janusz v. Equifax. Inc.* | 5:17-cv-01527 | Northern District of Alabama (Northeastern Division) |
| 4 | *Christopher Highfield v. Equifax Inc. and Equifax Information Solutions LLC* | 5:17-cv-01567 | Northern District of Alabama (Northeastern Division) |
| 5 | *Denise Carter Gray and Blair Garthright v. Equifax Information Services, LLC* | 6:17-cv-06095 | Western District of Arkansas (Hot Springs) |
| 6 | *Sheena Raffin v. Equifax, Inc.* | 2:17-cv-06620 | Central District of California (Western Division – Los Angeles) |

---

[1] While the JPML ordered a hearing on transfer and consolidation with respect to the 96 cases appearing on this schedule, Defendants have noticed numerous additional related cases to the JPML for potential transfer and consolidation.

| Number | Caption | Civil Action Number | District Court |
|---|---|---|---|
| 7 | *Samuel Bandoh-Aidoo v. Equifax, Inc.* | 2:17-cv-06658 | Central District of California (Western Division – Los Angeles) |
| 8 | *Henan Louis Joof and Akop Sogomonyan v. Equifax Inc.* | 2:17-cv-06659 | Central District of California (Western Division– Los Angeles) |
| 9 | *Caralyn Tada, Craig Nowinsky, and Lori Pobiner v. Equifax, Inc.* | 2:17-cv-06666 | Central District of California (Western Division – Los Angeles) |
| 10 | *Anthony Scott v. Equifax Inc.* | 2:17-cv-06715 | Central District of California (Western Division – Los Angeles) |
| 11 | *Ondrea Faillace v. Equifax, Inc.* | 2:17-cv-06721 | Central District of California (Western Division – Los Angeles) |
| 12 | *Edward Dean McShan and Edward Dean McShan II v. Equifax, Inc., Equifax Information Services LLC, and Equifax Consumer Services, LLC a/k/a Equifax Personal Solutions a/k/a PSOL* | 2:17-cv-06764 | Central District of California (Western Division – Los Angeles) |
| 13 | *Patrick Barker v. Equifax, Inc.* | 8:17-cv-01560 | Central District of California (Southern Division – Santa Ana) |
| 14 | *Randall Collins v. Equifax, Inc.* | 8:17-cv-01561 | Central District of California (Southern Division - Santa Ana) |
| 15 | *Grant Avise v. Equifax, Inc.* | 8:17-cv-01563 | Central District of California (Southern Division – Santa Ana) |

| Number | Caption | Civil Action Number | District Court |
|---|---|---|---|
| 16 | *Wendy Duran and Roy Duran v. Equifax, Inc.* | 8:17-cv-01571 | Central District of California (Southern Division – Santa Ana) |
| 17 | *Valorie Anne Smart, David Waterstram Miller, and Angela Lynn Miller v. Equifax Inc. and Equifax Information Services LLC* | 2:17-cv-01872 | Eastern District of California (Sacramento Division) |
| 18 | *Terry Myers, Sr. and Charles O'Neal v. Equifax Inc.* | 2:17-cv-01878 | Eastern District of California (Sacramento Division) |
| 19 | *Richard Spicer and Julia Gutierrez v. Equifax Inc. and TrustedID Inc.* | 5:17-cv-05228 | Northern District of California (San Jose Division) |
| 20 | *Dan Alexander v. Equifax Inc.* | 5:17-cv-05230 | Northern District of California (San Jose Division) |
| 21 | *Matthew Belden v. Equifax Inc.* | 5:17-cv-05260 | Northern District of California (San Jose Division) |
| 22 | *Kerri Murphy, Ashley Cashon, Jade Haileselassie, Roy Bishop, Bruce Mattock, Reesa Ali, Tom W. Hannon, and Nancy Gauger v. Equifax, Inc.* | 5:17-cv-05262 | Northern District of California (Oakland Division) |
| 23 | *Andrew Galpern v. Equifax Inc. and Trusted ID, Inc.* | 5:17-cv-05265 | Northern District of California (San Jose Division) |
| 24 | *Alejandro Salinas and Michael Ribons v. Equifax, Inc.* | 5:17-cv-05284 | Northern District of California (San Jose Division) |
| 25 | *Ehud Gersten and Hannah Obradovich v. Equifax Inc.* | 3:17-cv-01828 | Southern District of California (San Diego Division) |

| Number | Caption | Civil Action Number | District Court |
|---|---|---|---|
| 26 | *Andrew Dremak v. Equifax, Inc.* | 3:17-cv-01829 | Southern District of California (San Diego Division) |
| 27 | *Christopher Tanks and Brittany Dixon v. Equifax, Inc.* | 3:17-cv-01832 | Southern District of California (San Diego Division) |
| 28 | *Krista VonWiller v. Equifax Information Services, LLC* | 3:17-cv-01839 | Southern District of California (San Diego Division) |
| 29 | *Omar Seymore and Angela Seymore v. Equifax, Inc.* | 3:17-cv-01871 | Southern District of California (San Diego Division) |
| 30 | *Jason Morris v. Equifax, Inc.* | 1:17-cv-02178 | District of Colorado (Denver Division) |
| 31 | *Rodd Santomauro, Brenda Birkett, and Debra Lee v. Equifax Inc.* | 1:17-cv-01852 | District of D.C. (Washington, D.C. Division) |
| 32 | *James McGonnigal and Brian F. Spector v. Equifax, Inc.* | 1:17-cv-03422 | Northern District of Georgia (Atlanta Division) |
| 33 | *Randolph Jefferson Cary, III, William R. Porter, and Robin D. Porter v. Equifax, Inc.* | 1:17-cv-03433 | Northern District of Georgia (Atlanta Division) |
| 34 | *Joseph M. Kuss v. Equifax, Inc.* | 1:17-cv-03436 | Northern District of Georgia (Atlanta Division) |
| 35 | *Victoria Kealy, Devenn Triola, and Donna Abbott v. Equifax, Inc.* | 1:17-cv-03443 | Northern District of Georgia (Atlanta Division) |
| 36 | *Albert Ruscitto v. Equifax, Inc.* | 1:17-cv-03444 | Northern District of Georgia (Atlanta Division) |

| Number | Caption | Civil Action Number | District Court |
|---|---|---|---|
| 37 | *Alain Lapter, Ana Lapter, Stacey J.P. Ullman, Michael Slyne, Jennifer Pascucci Demarco, Daniel Demarco, Jr., and Pamela Klein v. Equifax, Inc.* | 1:17-cv-03445 | Northern District of Georgia (Atlanta Division) |
| 38 | *Alison Manaher v. Equifax, Inc.* | 1:17-cv-03447 | Northern District of Georgia (Atlanta Division) |
| 39 | *Nida Samson v. Equifax, Inc.* | 1:17-cv-03448 | Northern District of Georgia (Atlanta Division) |
| 40 | *Michael Wolf v. Equifax, Inc.* | 1:17-cv-03450 | Northern District of Georgia (Atlanta Division) |
| 41 | *John Washburn, Avery Ash, Cassandra Powers, James Findlay, AmySue Taylor, and Evelyn Gualandi v. Equifax, Inc.* | 1:17-cv-03451 | Northern District of Georgia (Atlanta Division) |
| 42 | *Justin Fiore v. Equifax, Inc.* | 1:17-cv-03456 | Northern District of Georgia (Atlanta Division) |
| 43 | *Bryan Lipchitz v. Equifax, Inc.* | 1:17-cv-03457 | Northern District of Georgia (Atlanta Division) |
| 44 | *Brian Thompson James Martin v. Equifax, Inc.* | 1:17-cv-03458 | Northern District of Georgia (Atlanta Division) |
| 45 | *Allan Menzer v. Equifax, Inc.* | 1:17-cv-03459 | Northern District of Georgia (Atlanta Division) |
| 46 | *John J. Pagliarulo v. Equifax, Inc.* | 1:17-cv-03460 | Northern District of Georgia (Atlanta Division) |
| 47 | *Joseph Pugliese v. Equifax, Inc.* | 1:17-cv-03461 | Northern District of Georgia (Atlanta Division) |

| Number | Caption | Civil Action Number | District Court |
|---|---|---|---|
| 48 | *Tracey Lorraine Rust, Kirby Payne Rust, Corey Stedman, Aviva Yaghoobia, Patrick Shonter Kelly, Kandyce Connerley Kelley, Robert Clark, Brandon Parr, Laura Roudabush, and Jeff Roudabush v. Equifax, Inc.* | 1:17-cv-03471 | Northern District of Georgia (Atlanta Division) |
| 49 | *Charles Pavesi, Jr. and Paul Turok v. Equifax, Inc.* | 1:17-cv-03476 | Northern District of Georgia (Atlanta Division) |
| 50 | *Samuel Boundy, Frederick Gardner, Matthew Rybak, and Greg Pesek v. Equifax, Inc.* | 1:17-cv-03480 | Northern District of Georgia (Atlanta Division) |
| 51 | *Bernadette Beekman, Elizabeth Twitchell, James Freeman-Hargis, and Douglas Diamond v. Equifax Inc.* | 1:17-cv-03492 | Northern District of Georgia (Atlanta Division) |
| 52 | *Sean Neilan v. Equifax Inc.* | 1:17-cv-06508 | Northern District of Illinois (Chicago Division) |
| 53 | *Dan Lang and Russell Pantek v. Equifax Information Services, LLC* | 1:17-cv-06519 | Northern District of Illinois (Chicago Division) |
| 54 | *Justin King v. Equifax, Inc.* | 1:17-cv-03157 | Southern District of Indiana (Indianapolis Division) |
| 55 | *Aaron House v. Equifax Inc.* | 2:17-cv-02523 | District of Kansas (Kansas City Division) |
| 56 | *Christine Anderson v. Equifax, Inc.* | 2:17-cv-00156 | Eastern District of Kentucky (Covington Division) |
| 57 | *Michael W. Tomlin and Marilyn Tomlin v. Equifax Information Services, LLC* | 2:17-cv-00158 | Eastern District of Kentucky (Covington Division) |

| Number | Caption | Civil Action Number | District Court |
|---|---|---|---|
| 58 | *Joseph Gallant, Jr. v. Equifax Inc.* | 8:17-cv-02712 | District of Maryland (Greenbelt Division) |
| 59 | *Philip Cole v. Equifax Inc. and Equifax Information Services, LLC* | 1:17-cv-11712 | District of Massachusetts (Boston Division) |
| 60 | *Kaethe Skye v. Equifax Inc.* | 1:17-cv-11742 | District of Massachusetts (Boston Division) |
| 61 | *Andrew Cherney and Jack Cherney v. Equifax, Inc.* | 2:17-cv-12966 | Eastern District of Michigan (Detroit Division) |
| 62 | *Margaret Amadick, Jeannie Ball, Jennifer Ball, Thomas Greenwood, Robert Roehl, Constance Zasada, and Theodore Zasada v. Equifax Information Services, LLC* | 0:17-cv-04196 | District of Minnesota (Minnesota Division) |
| 63 | *Deidra Byas and K'Acia Drummer v. Equifax, Inc.* | 4:17-cv-00130 | Northern District of Mississippi (Greenville Division) |
| 64 | *Jessica Krawcyk v. Equifax Inc.* | 4:17-cv-00760 | Western District of Missouri (Kansas City Division) |
| 65 | *Terrance Knepper, Garry Randall, and Eric L. Steinmetz v. Equifax Information Services, LLC* | 2:17-cv-02368 | District of Nevada (Las Vegas Division) |
| 66 | *Richard McCall and Howard Stephan v. Equifax Information Services, LLC* | 2:17-cv-02372 | District of Nevada (Las Vegas Division) |
| 67 | *Christopher J. Kendall, Michael Franklin, and Karen Franklin v. Equifax Information Services, LLC* | 1:17-cv-06922 | District of New Jersey (Camden Division) |
| 68 | *Maura Dowgin and Chanel Hudson v. Equifax Inc.* | 1:17-cv-06923 | District of New Jersey (Camden Division) |

| **Number** | **Caption** | **Civil Action Number** | **District Court** |
|---|---|---|---|
| 69 | *Peggy Christen and Joseph T. Coughlin v. Equifax, Inc.* | 1:17-cv-06951 | District of New Jersey (Camden Division) |
| 70 | *Andrea Friedman and Russell Acosta v. Equifax, Inc. and Equifax Information Services LLC* | 1:17-cv-07022 | District of New Jersey (Camden Division) |
| 71 | *Victor Zamora v. Equifax Inc. and Equifax Information Services, LLC* | 1:17-cv-07085 | District of New Jersey (Camden Division) |
| 72 | *Shelbi Kilgore, Michael Schaber, and John Howard v. Equifax Information Services LLC* | 1:17-cv-00942 | District of New Mexico (Albuquerque Division) |
| 73 | *Josh Grossberg, Lisa Olivo, Justin Rothman, Michael Rothman, and Margret Linich v. Equifax Inc.* | 1:17-cv-05280 | Eastern District of New York (Brooklyn Division) |
| 74 | *Daniel C. Levy v. Equifax Information Services, LLC* | 1:17-cv-05354 | Eastern District of New York (Brooklyn Division) |
| 75 | *Marc Zweig v. Equifax, Inc.* | 1:17-cv-05366 | Eastern District of New York (Brooklyn Division) |
| 76 | *Christine Jorge and Joanne Durrang v. Equifax Inc.* | 2:17-cv-05404 | Eastern District of New York (Central Islip Division) |
| 77 | *Linda Tirelli and Brooke Merino v. Equifax Information Services, LLC* | 7:17-cv-06868 | Southern District of New York (White Plains Division) |
| 78 | *Jeremy Davis, Amanda Gurtis Davis, and John Hughes v. Equifax Inc.* | 7:17-cv-06883 | Southern District of New York (White Plains Division) |
| 79 | *Avi Joshua Bitton v. Equifax Information Services, LLC* | 7:17-cv-06946 | Southern District of New York (White Plains Division) |

| Number | Caption | Civil Action Number | District Court |
|---|---|---|---|
| 80 | *Barbara Torrey v. Equifax Information Services, LLC* | 1:17-cv-01922 | Northern District of Ohio (Cleveland Division) |
| 81 | *Joshua Gerstein and Charles Stimac, Jr. v. Equifax Information Services LLC* | 1:17-cv-00593 | Southern District of Ohio (Cincinnati Division) |
| 82 | *Mikayla Dawn Bahnmaier v. Equifax Inc.* | 4:17-cv-00512 | Northern District of Oklahoma (Tulsa Division) |
| 83 | *Robin Gibson v. Equifax Inc.* | 5:17-cv-00973 | Western District of Oklahoma (Oklahoma City Division) |
| 84 | *Mary McHill, Brook Reinhard, Deanna Paik, Andrew Gauger, and Melissa Abbott v. Equifax Inc.* | 3:17-cv-01405 | District of Oregon (Portland Division) |
| 85 | *Michelle E. Austin v. Equifax, Inc. and Equifax Credit Information Services, Inc.* | 2:17-cv-04045 | Eastern District of Pennsylvania (Philadelphia Division) |
| 86 | *David Caplan v. Equifax Information Services, LLC* | 2:17-cv-04055 | Eastern District of Pennsylvania (Philadelphia Division) |
| 87 | *Daniel J. Mann v. Equifax Information Services LLC* | 2:17-cv-04100 | Eastern District of Pennsylvania (Philadelphia Division) |
| 88 | *Barbara Hensley v. Equifax, Inc. and Equifax Information Services LLC* | 5:17-cv-04105 | Eastern District of Pennsylvania (Allentown Division) |
| 89 | *Melissa Derby v. Equifax, Inc.* | 2:17-cv-01186 | Western District of Pennsylvania (Pittsburgh Division) |

| Number | Caption | Civil Action Number | District Court |
|---|---|---|---|
| 90 | *Sean J. Martin v. Equifax, Inc.* | 3:17-cv-01246 | Middle District of Tennessee (Nashville Division) |
| 91 | *Reagan Lynch, Alicia Lynch, and Amber Hernandez v. Equifax, Inc.* | 4:17-cv-00640 | Eastern District of Texas (Sherman Division) |
| 92 | *Robert L. Collins v. Equifax Inc.* | 1:17-cv-00187 | Southern District of Texas (Brownsville Division) |

| Number | Caption | Civil Action Number | District Court |
|---|---|---|---|
| 93 | *Tom Partridge, Zane L. Christensen, Jennifer J. Christensen, Zachary A. Christensen, Cameron Christensen, Chelsea Arnell, Jerry Nielson, Michelle Nielson, Atir Edwin, Nosheen T. Hamid, Kimbra Flanders, Michael C. Clough, Christopher Enslow, Kara Vera, Fernando Vera, Julia Mendoza, Nicci Mendoza, Kimberly Joy C. Metzgar, Geogory Michael Metzgar, Chiaquitta Purnell-Reid, Valencia Vee Bradley, Charles Carlson, Clara Carlson, Justin Poarch, Mathew Patterson Coe, Bristol Ward, Milo Gene Kartchner, Sr., Tamara Ann Kartchner, Dana James Normoyle, Sharon Normoyle, Alan B. Bassett, Pamela R. Bassett, Emil Budilov, Cheminant M. Flitton, Layne A. K. Hill, Amanda Knudson, Matthew Koehler, Michelle Phillips, Russell A. Noster, Gloria Noster, Aura Crespo, Dana Olson, Brian M. Owens, Diane Platts, Joseph Raynor, David Weloth, Justin Edison Manco, Steven Stonebraker, Theresa Stonebraker, Shenna Gifford, Julie Morgan, John Morgan, Dana Oleson, Christopher Agnew, Alison Moellmer, Tyler Chrisman, Ethan Chrisman, Michael S. Keenan, Angela Colchin, Deborah Hendricks, James Walters, Jared Zaugg, Brooke Zaugg, Nathan P. Hirst, Sean Parrott, Emil Bigler, Debra Bigler, Mitchell Wyatt, Pamela Sue Ogden, Christine Coombs, Leo Michael Coombs, Mike Madsen, Indra C. Madsen, Brent Hughes, Julia Lindsay, Gene Tabish, Jan Tabish, Julia Lindsey, Douglas C. Evans, Janet Evans, John MacInnis, William L. Wright, Sr., and Donald R. Hensley  v. Equifax Incorporated and Equifax Information Services, LLC* | 2:17-cv-01017 | District of Utah (Central Division) |

11

| Number | Caption | Civil Action Number | District Court |
|---|---|---|---|
| 94 | *Jodie Pavitt, Jennifer Mertlich, and Simon Kaufman v. Equifax Inc.* | 2:17-cv-01363 | Western District of Washington (Seattle Division) |
| 95 | *Debra Maloney v. Equifax, Inc.* | 2:17-cv-01238 | Eastern District of Wisconsin (Milwaukee Division) |
| 96 | *Cynthia Rice, David H. Yoder, Vera Standish, Parry Petroplus, and Christopher Chaffin v. Equifax, Inc.* | 1:17-cv-00156 | Northern District of West Virginia (Clarksburg Division) |