BEFORE THE JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION

IN RE EQUIFAX, INC., CUSTOMER DATA    )    MDL No. 2800
SECURITY BREACH LITIGATION            )

**PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, the undersigned hereby certifies that on November 10, 2017, copies of the foregoing will be provided via the JPML CM/ECF System, which will provide electronic service notification to all counsel of record registered as CM/ECF users.

Respectfully submitted this 10th of November, 2017.

/s/ S. Stewart Haskins II
**KING & SPALDING LLP**
S. Stewart Haskins II
Georgia Bar No. 336104
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4687
Fax:  (404) 572-5140
shaskins@kslaw.com

*Counsel for Equifax Inc., Equifax Information Services LLC, Equifax Consumer Services LLC, TrustedID, Inc., Equifax Credit Information Services, Inc., Susan Mauldin, Graeme Payne, Harold Boutin, Robert Friedrich, Vidya Sagar Jagadam, Lara Pearson, Shea Giesler, Cliff Barbier, Joe Sanders, and Mary Hannan*

1